UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SEAN WARD,

    Plaintiff,

v.                                          Case No.: 2:20-cv-100-FtM-38NPM

FORD MOTOR COMPANY,
ENTERPRISE HOLDINGS LLC and
MICHAEL GRIFFITH,

    Defendants.
_____/

## **OPINION AND ORDER**[1]

    Before the Court is Ford Motor Company's Response to Order to Show Cause and Supplement to Notice of Removal (Doc. 7). Ford presents evidence showing that Enterprise Holdings LLC—a defendant that destroys diversity—is not a proper party to this case. Ford suggests that Plaintiff Sean Ward intended to instead sue Enterprise Rent-A-Car Company and/or Enterprise Holdings, Inc., both Missouri corporations. If Ford is correct, Ward should amend his complaint to name the correct defendants. But if Ward has sued the correct parties, he should address the fraudulent joinder issue in a motion to remand.

    Accordingly, it is now

    **ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Plaintiff Sean Ward is **ORDERED** to do one of the following on or before **March 19, 2020**: (1) amend his complaint to name the correct defendants or (2) file a motion to remand.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of March, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record