# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

SEAN WARD,

    Plaintiff,

v.                                                         Case No: 2:20-cv-100-SPC-NPM

FORD MOTOR COMPANY and
REBECCA GRIFFITH,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on sua sponte review of the file. Last month, the parties settled this suit. (Doc. 57). The Court then dismissed this action without prejudice and administratively closed the case. (Doc. 58). It also gave the parties a deadline to move to reopen the action and warned them that failure to do so would cause the case being dismissed with prejudice and without further order. (Doc. 58). The Clerk later entered Judgment dismissing this case without prejudice, although a day too early. (Doc. 59). The only word from the parties since then has been a motion for Plaintiffs' attorneys to withdraw. (Doc. 60). Because of the Court's prior Order (Doc. 58) and the

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

parties showing no intent of reopening this suit, the Court will amend the Judgment to reflect this action is dismissed with prejudice.

Accordingly, it is now

**ORDERED:**

The Clerk is **DIRECTED** to enter an amended judgment **dismissing this action with prejudice** per the Court's Order dated June 10, 2021. (Doc. 58).

**DONE** and **ORDERED** in Fort Myers, Florida this July 26, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record